```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARIA CASTRO,                                               :
                                                            :   20-CV-3884 (RWL)
                              Plaintiff,                    :
                                                            :
            - against -                                     :   ORDER
                                                            :
COMMISSIONER OF SOCIAL SECURITY,                            :
                                                            :
                              Defendant.                    :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/26/2021

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff has filed an application for attorney's fees. Any response by Defendant shall be filed by September 9, 2021.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 26, 2021
       New York, New York

Copies transmitted this date to all counsel of record.